United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     ABRAHAM G. PINZON, et al.,                 Case No. 22-cv-03744-WHO

8                    Plaintiffs,

                                                 **REFERRAL FOR PURPOSE OF**
9            v.                                  **DETERMINING RELATIONSHIP**

10    MENDOCINO COUNTY SHERIFF'S
      OFFICE, et al.,

11                   Defendants.

12

13           Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14    Honorable Vince Chhabria for consideration of whether the case is related to 22-cv-02388-VC

15    *Pinzon et al v. Mendocino County Sherrif's Office et al*.

16           .

17           **IT IS SO ORDERED.**

18    Dated: July 25, 2022

19

20                                               WILLIAM H. ORRICK
                                                 United States District Judge
21

22

23

24

25

26

27

28